# ELECTRONIC RECORD

COA # 12-13-00043-CR          OFFENSE: 20.04

STYLE: Donald Christopher Hernandez v. The State of Texas          COUNTY: Trinity

COA DISPOSITION: AFFIRMED          TRIAL COURT: 411th District Court

DATE: 7/31/2014          Publish: NO          TC CASE #: 9946-A

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Donald Christopher Hernandez v. The State of Texas          CCA #: _____

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: _JANUARY 28, 2015_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD